**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LANSTON WEN-HOONG LOH, and<br>LEONARD WEN-CHUAN LOH,<br><br>　　　　　　Defendants. | Case No. 2:12-cr-00056-JAD-MDC<br><br>**Order Dismissing the Indictment Without Prejudice and Quashing Arrest Warrants**<br><br>ECF No. 57 |

　　　Upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges and quashes the arrest warrants brought against defendants Lanston Wen-Hoong Loh and Leonard Wen-Chuan Loh contained in the Indictment in case number 2:12-cr-00056-JAD-MDC.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Brian Whang*
　　　　　　　　　　　　　　　　　　　BRIAN WHANG
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of dismissal of the charges without prejudice and to quash the arrest warrants brought against defendants Lanston Wen-Hoong Loh and Leonard Wen-Chuan Loh contained in the Indictment in case number 2:12-cr-00056-JAD-MDC.

DATED this __4th__ day of __October__ 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE